# EXHIBIT 2

Case Number: PC-2011-4088
Filed in Kent County Superior Court
Submitted: 6/1/2015 3:56:59 PM
Envelope: 211569
Reviewer: Demonica Lynch

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC | SUPERIOR COURT |

| | |
|---|---|
| TROY R. LEBEAU,<br>    Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION, WELLS FARGO<br>BANK, N.A., and US BANK, N.A., as<br>Trustee for Asset-Backed Pass-Through<br>Certificates, Series 2006-NC2,<br>    Defendants. | CA NO. PC11-4088 |

## SUPPLEMENTAL AFFIDAVIT OF ALISSA DOEPP IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Alissa Doepp, being duly sworn and upon oath, depose and state as follows:

1. My name is Alissa Doepp. I am over eighteen (18) years of age and I am a resident of the State of Iowa.

2. I am employed by Wells Fargo Bank, N.A. d/b/a America's Servicing Company ("Wells Fargo") as a Vice President Loan Documentation.

3. In performing my duties and responsibilities as a Vice President Loan Documentation, I regularly review Wells Fargo's business records regarding loans and mortgages, both in paper and electronic form. I understand that entries in these records, and the records themselves, were created and maintained in good faith, in the regular course of Wells Fargo's business, and that it is the usual course of Wells Fargo's business to make the entries at the time of the event recorded, or within a reasonable time thereafter.

4. In preparation for this affidavit, I have reviewed Wells Fargo's business records concerning the mortgage loan to Troy R. Lebeau ("Plaintiff") relative to property

1

Case Number: PC-2011-4088
Filed in Kent County Superior Court
Submitted: 6/1/2015 3:56:59 PM
Envelope: 211569
Reviewer: Demonica Lynch

Case 1:17-cv-00329-JJM-PAS   Document 4-3   Filed 07/31/17   Page 3 of 6 PageID #: 147

located at 36 Black Plain Road in North Smithfield, Rhode Island 02896 ("Property"). Based upon my review, the records establish that the statements made in the following paragraphs are true and accurate.

5. Wells Fargo is the servicer of the mortgage loan with regard to the Property.

6. Wells Fargo sent correspondence dated July 18, 2010 to Plaintiff advising that the mortgage loan was in default and that unless the loan was brought current by September 1, 2010, the mortgage and mortgage loan would be accelerated. A true and accurate copy of the correspondence dated July 18, 2010 is attached hereto as Exhibit 1.

7. I have reviewed the exhibit referenced above and attached hereto. The exhibit is a true and accurate copy of records maintained by Wells Fargo regarding the mortgage loan at issue.

Signed under the pains and penalties of perjury this 21st of May, 2015.

_Alissa Doepp_
Alissa Doepp
Vice President Loan Documentation
Wells Fargo Bank, N.A.
Date: 5-21-15

State of Iowa
) ss.
County of Dallas

Signed and sworn to (or affirmed) before me on May 21, 2015 by Alissa Doepp.

_April J. Linn_
Notary Public

[Notary Seal: April J Linn, Commission No. 780386, Iowa, My Commission Expires 09/19/2016, Notarial Seal]

2

Case Number: PC-2011-4088
Filed in Kent County Superior Court
Submitted: 6/1/2019
Envelope: 211569
Reviewer: Demonica Lynch

Case 1:17-cv-00329-JJM-PAS   Document 4-3   Filed 07/31/17   Page 4 of 6 PageID #: 148

# Exhibit 1



America's Servicing Company
P.O. Box 9039
Temecula, Ca 92589-9039



2237240758

Return Address only
Do not send payments to this address

July 18, 2010

6402/106BKRUPT/RI

TROY R LEBEAU
36 BLACK PLAIN RD
NORTH SMITHFIELD, RI 02896-8004

RE: America's Servicing Company Loan Number ▮▮▮▮▮▮▮▮

Dear Borrower(s):

Our records show that your mortgage is in default. Our records further indicate that you have been discharged from personal liability for this mortgage loan as a result of a Chapter 7 or Chapter 13 bankruptcy proceeding or that America's Servicing Company has obtained an order granting it relief from the automatic bankruptcy stay. However, you should be aware that the Mortgage remains as a valid lien against the property and will be foreclosed if amounts due thereunder are not made. Please be advised that in the event of foreclosure, you would not be personally liable for any part of the debt, but you will lose your interest in and rights to the property.

The past due payments on this mortgage are to be made by September 1, 2010, or it will become necessary for us to accelerate the Mortgage Note and pursue the remedies against the property as provided for in the Mortgage or Deed of Trust.

The breakdown of the total past due amount on the account as of today's date is as follows:

| | | |
|---|---|---|
| Past Due Payments | $ | $63,024.15 |
| Late Charge Balance | $ | $94.66 |
| Other Fee Balance | $ | $3,362.63 |
| Unapplied Funds | -$ | $0.00 |
| Total due to cure the default and bring the loan current as of July 18, 2010 | $ | $66,481.44 |

To avoid the possibility of acceleration, you must pay this amount plus any additional monthly payments, late charges and other charges that may be due under applicable law after the date of this notice and on or before September 1, 2010 in CERTIFIED funds, to **America's Servicing Company, 1200 W 7th Street, Suite L2-200, Los Angeles, CA 90017.**

If funds are not received by the above referenced date, we will proceed with acceleration. Once acceleration has occurred, we may take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the home or pursue any other remedy permitted under the terms of your Mortgage.

You have the right to reinstate the Mortgage Note and Mortgage or Deed of Trust after acceleration. However, any future efforts or negotiations to reinstate the loan, including any payments of less than the full past due amount shall not constitute a waiver of the right of acceleration by America's Servicing Company unless otherwise agreed to, in writing, by America's Servicing Company. Moreover, any forbearance by America's Servicing Company in exercising any right or remedy against the property shall not be a waiver of or preclude the exercise of any right or remedy it may have against the property. If foreclosure is initiated, you will have the right to bring a court action to refute the existence of a default or offer



6402.106.BKRUPT.RI.45

any other defense to acceleration you may deem appropriate. You have the right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and sale.

We are required by federal law to notify you of the availability of government-approved home ownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies for your state, please call 1-800-569-4287. We urge you to give this matter your immediate attention.

If you would like to discuss the present condition of this loan, or if we can be of further assistance, please call us at 800-842-7654, Mon. - Fri. 8:00 AM - 6:00 PM in your time zone.

Sincerely,

America's Servicing Company
Default Loan Counseling Department

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt and, this company has a security interest in the property and will only exercise its rights as against the property.