# EXHIBIT 3

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400

RECEIVED FOR RECORD
NORTH SMITHFIELD R.I.

Jul 26,2016 at 09:20A

BOOK 717 PAGE 193
DOC #: 00032251

## CORRECTIVE ASSIGNMENT OF MORTGAGE

North Smithfield Town, Rhode Island
"LEBEAU"

Date of Assignment: July 21st, 2016
Assignor: NEW CENTURY MORTGAGE CORPORATION, BY WELLS FARGO BANK, N.A., AS THEIR ATTORNEY-IN-FACT at 18400 VON KARMAN, SUITE 1000, IRVINE, CA 92612
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. 2006-NC2, ASSET BACKED PASS THROUGH CERTIFICATES SERIES 2006-NC2 at 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107

Executed By: TROY R. LEBEAU To: NEW CENTURY MORTGAGE CORPORATION
Date of Mortgage: 07/17/2006 Recorded: 07/24/2006 in Book/Reel/Liber: 350 Page/Folio: 208 as Instrument No.: 00004837 In North Smithfield Town, State of Rhode Island.

Property Address: 36 BLACK PLAIN RD, NORTH SMITHFIELD, RI 02896

Legal: N/A

This Corrective Assignment is being recorded to amend that Assignment recorded 3/3/2009 as Instrument 00012221 at Book 451 Page 259 as that Assignment incorrectly shows the Assignee to be to US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2, whereas it should show U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-NC2, Asset Backed Pass Through Certificates Series 2006-NC2.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $300,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

NEW CENTURY MORTGAGE CORPORATION, BY WELLS FARGO BANK, N.A., AS THEIR ATTORNEY-IN-FACT
On 7-21-16

By:_____
Bhavdip Chhotalal Chauhan
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On JUL 21 2016, before me, Jason Michael Nieling, a Notary Public in the State of Minnesota, personally appeared Bhavdip Chhotalal Chauhan, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Jason Michael Nieling
Notary Expires: 1/31/2020



JASON MICHAEL NIELING
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/2020

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.

*LAK*LAKWFEM*07/21/2016 07:35:05 AM* WFEM0 IWFEMA00000000000001468875* RI_NSM* RSTATE_MORT_ASSIGN_ASSN *LAKWFEM*

RECORDED IN NORTHSMITHFIELD RI Jul 26,2016
AT 09:20A ATTEST DEBRA A TODD
Town Clerk