# EXHIBIT 4

MEANSNO, DISCHARGED, CLOSED

# United States Bankruptcy Court
# District of Rhode Island (Providence)
## Bankruptcy Petition #: 1:09-bk-12175

|  |  |
|---|---|
| *Date filed:* | 06/01/2009 |
| *Date terminated:* | 09/14/2009 |
| *Debtor discharged:* | 09/01/2009 |
| *341 meeting:* | 07/01/2009 |
| *Deadline for objecting to discharge:* | 08/31/2009 |
| *Deadline for financial mgmt. course:* | 08/17/2009 |

*Assigned to:* Judge Arthur N. Votolato
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

| **Debtor** | represented by **Aram P. Jarret, Jr.** |
|---|---|
| **Troy Lebeau** | Law Office of Aram P. Jarret Jr. |
| 36 Black Plain Road | 176 Eddie Dowling Highway |
| North Smithfield, RI 02896 | Suite 202 |
| PROVIDENCE-RI | North Smithfield, RI 02896 |
| SSN / ITIN: xxx-xx-6275 | (401) 769-2929 |
|  | Fax : (401) 765-6930 |
|  | Email: bankruptcy@jarretlaw.com |

**Assistant U.S. Trustee**
**Gary L. Donahue**
Office of the U.S. Trustee
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

**Trustee**
**Charles A. Pisaturo, Jr.**
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907-2817
(401) 274-3800

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 06/01/2009 | 1<br>(58 pgs) | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Troy Lebeau. (Jarret, Aram) (Entered: 06/01/2009) |
|  | 2<br>(4 pgs; 3 docs) | Meeting of Creditors & Notice of Appointment of Interim Trustee Charles A. Pisaturo with 341(a) |

| | | |
|---|---|---|
| 06/01/2009 | | Meeting to be held on 07/01/2009 at 01:00 PM at Federal Center (Room 620) Objections to Discharge due by 08/31/2009 (Entered: 06/01/2009) |
| 06/01/2009 | | Receipt of filing fee for Voluntary Petition (Chapter 7)(1:09-bk-12175) [misc,volp7a] ( 299.00). Receipt number 1122455, amount $ 299.00. (U.S. Treasury) (Entered: 06/01/2009) |
| 06/01/2009 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Troy Lebeau. (Jarret, Aram) (Entered: 06/01/2009) |
| 06/01/2009 | 4 | **RESTRICTED ACCESS!** Employee Income Records *Affidavit of Non-Existence* Filed by Debtor Troy Lebeau. (Jarret, Aram) (Entered: 06/01/2009) |
| 06/01/2009 | | Financial Management Course Certificate Verifying Completion Due 08/17/2009 (Admin). (Entered: 06/02/2009) |
| 06/02/2009 | 5 (1 pg) | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Troy Lebeau). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 6/17/2009. (Flaherty, Katharine) (Entered: 06/02/2009) |
| 06/03/2009 | 6 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 Creditor Meeting (Chapter 7)) Service Date 06/03/2009. (Admin.) (Entered: 06/04/2009) |
| 06/03/2009 | 7 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 Creditor Meeting (Chapter 7)) Service Date 06/03/2009. (Admin.) (Entered: 06/04/2009) |
| 06/03/2009 | 8 (4 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 Creditor Meeting (Chapter 7)) Service Date 06/03/2009. (Admin.) (Entered: 06/04/2009) |
| | 9 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 5 Notice of Missing |

| | | |
|---|---|---|
| 06/04/2009 | | Documents) Service Date 06/04/2009. (Admin.) (Entered: 06/05/2009) |
| 06/09/2009 | 10 (2 pgs) | Missing Document(s) Filed: *Notice to Consumer Debtors* re: Filed by Debtor Troy Lebeau. (Jarret, Aram) (Entered: 06/09/2009) |
| 06/11/2009 | 11 (6 pgs; 2 docs) | Motion for Relief from Stay *with certificate of service* re:36 Black Plain Road, North Smithfield, RI 02896 Fee Amount $150, Filed by Creditor US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2. Objections to Motion Due: 06/24/2009. (Attachments: 1 Proposed Order) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lonardo, Elizabeth) (Entered: 06/11/2009) |
| 06/12/2009 | | Receipt of filing fee for Motion for Relief From Stay (1:09-bk-12175) [motion,mrlfsty] ( 150.00). Receipt number 1132940, amount $ 150.00. (U.S. Treasury) (Entered: 06/12/2009) |
| 06/15/2009 | 12 (1 pg) | Request for Notice Filed by Matthew Dyer on behalf of America's Servicing Company. (Dyer, Matthew) (Entered: 06/15/2009) |
| 06/16/2009 | 13 (2 pgs) | Notice of Appearance and Request for Notice Filed by Joe Lozano on behalf of Harley-Davidson Credit Corp.. (Lozano, Joe) (Entered: 06/16/2009) |
| 06/25/2009 | 14 (1 pg) | Order Granting (# 11)Motion For Relief From Stay by US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2. (Davis, Jennifer) (Entered: 06/25/2009) |
| 06/25/2009 | 15 (1 pg) | Judgment Order (re:14 Order Granting Motion For Relief From Stay by US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2.) (Davis, Jennifer) (Entered: 06/25/2009) |
| | 16 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 15 Judgment Order (ap/bk)) Service Date 06/27/2009. (Admin.) (Entered: |

| | | |
|---|---|---|
| 06/27/2009 | | 06/28/2009) |
| 06/27/2009 | 17<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 14 Order on Motion For Relief From Stay) Service Date 06/27/2009. (Admin.) (Entered: 06/28/2009) |
| 07/02/2009 | | Chapter 7 Trustee's Report of No Distribution: I, Charles A. Pisaturo, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned: $ 316287.44, Assets Exempt: Not Available, Claims Scheduled: $ 546701.26, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 546701.26. (Pisaturo, Charles) (Entered: 07/02/2009) |
| 08/18/2009 | 18<br>(1 pg) | Financial Management Course Certificate Filed by Debtor Troy Lebeau. (Jarret, Aram) (Entered: 08/18/2009) |
| 09/01/2009 | 19<br>(2 pgs) | Order Discharging Debtor (Admin.) (Entered: 09/01/2009) |
| 09/04/2009 | 20<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Order Discharging Debtor) Service Date 09/04/2009. (Admin.) (Entered: 09/05/2009) |
| 09/14/2009 | 21 | Order Discharging Trustee and Closing Case. (TEXT ONLY) (Admin.) (Entered: 09/14/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/26/2017 16:10:43 | | | |
| **PACER Login:** | ws0015:2664073:0 | **Client Code:** | 0527603.00443/05396 |
| **Description:** | Docket Report | **Search Criteria:** | 1:09-bk-12175 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |