# EXHIBIT A

# John B. Ennis

*Attorney at Law*
**1200 Reservoir Avenue**
**Cranston, Rhode Island 02920**

Tel. (401) 943-9230                                                                 Fax (401) 679-0035

March 20, 2017

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Client: Troy Lebeau
Property Address:     36 Black Plain Road
North Smithfield, Rhode Island 02806
Loan No.: ███████8356

**Re: Request for Information Pursuant to Section 1024.36 of Regulation X**

Dear Sir or Madam:

This is a Request for Information relating to your servicing of the mortgage loan of the above-named client. All references herein are to Regulation X of the Mortgage Servicing Act as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act.

The written authority of the client to my law firm for this Request is attached hereto and incorporated herein by this reference.

Pursuant to Section 1024.36(c) of Regulation X, you must within five (5) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a response to this Request acknowledging receipt of this information request.

Pursuant to Section 1024.36(d), you must respond no later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this request for information.

Please provide the following information within the time periods noted herein:

An exact reproduction of the life of loan mortgage transactional history for this loan on the system of record used by the servicer from origination of the loan to the date of this letter. For purposes of identification, the life of loan transactional history means any software program or system by which the servicer records the current mortgage balance, the receipt of all payments, the assessment of any late fees or charges, and the recording of any corporate advances for any fees or charges including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge. Also, to

the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

Sincerely,

John B. Ennis, Esq.

# John B. Ennis

*Attorney at Law*
1200 Reservoir Avenue
Cranston, Rhode Island 02920

Tel. (401) 943-9230                                                                                          Fax (401) 679-0035

## AUTHORIZATION

I, Troy Lebeau authorize my Attorney, JOHN B. ENNIS, ESQ., to communicate on my behalf and/or to discuss with Wells Fargo Bank, N.A.. or any other entity or servicer regarding my mortgage serviced by Wells Fargo Bank, N.A. regarding Loan No.: ███████8356 for the property located at 36 Black Plain Road, North Smithfield, Rhode Island 02806. This authorization does not designate the address of John B. Ennis, Esq., at 1200 Reservoir Avenue, Cranston, Rhode Island 02920 as my address for any Rhode Island Statutory Notices or any Notices required pursuant to the terms of my mortgage No phone calls are to be made by Wells Fargo Bank, N.A. or any entity or person acting on its behalf to me at my home or cellular number. Any purported prior consent to make such calls is withdrawn.

_3-18-17_
Date

_____
TROY LEBEAU
SSN # 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

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me on the 16th day of March, 2017.

_____
Notary Public