# EXHIBIT B



March 28, 2017

John B. Ennis, Esquire
Attorney at Law
1200 Reservoir Avenue
Cranston, RI 02920

Subject: Resolution to your inquiry about account number ████3356 for Troy R. Lebeau

Dear John B. Ennis, Esquire:

Addressing our customer's concerns is important to us and I thank you for the opportunity to assist you. I'm responding on behalf of Wells Fargo Home Mortgage to the inquiries received in our office on March 20, 2017, and March 23, 2017. We wanted to speak with you directly but were unable to connect with you at the phone numbers provided to us.

### Attorney representation

We've updated this account to show that you are the attorney representing Troy Lebeau. This update allows you to receive account information.

Now that you're representing our customer, we're required to send standard account correspondence that we'd normally send to our customer directly to you. Examples of standard account correspondence include monthly statements, escrow reviews, and property tax communications.

### Current status of the loan

Their account is due for the November 01, 2008, through March 01, 2017, payments totaling $247,242.33. There are outstanding late charges and unpaid fees that have been assessed in the amount of $2,491.16. Our customer's account has an escrow advance balance of $58,303.87 for payments we've made toward their property taxes and homeowner's insurance.

The amounts stated above are provided for informational purposes only; this isn't intended to be a reinstatement quote.

On October 21, 2016, we initiated foreclosure proceedings on our customer's account, at which time their account was due for the November 01, 2008, to October 01, 2016, payments. A foreclosure sale date hasn't been scheduled for this account.

We previously reviewed our customer's account and were unable to approve liquidation options. We're currently reviewing the account for liquidation options. We encourage you to contact their assigned Home Preservation Specialist, Jeff Prohaska, because we may need additional documents to discuss liquidation options. You may reach Jeff directly at 1-877-311-3581, extension 1335427450.

### Account history

In response to your request, we've enclosed an account history for this loan.

### Loan validation

This loan originated with New Century Mortgage Corporation. We've included copies of the Note and Mortgage for further details. These documents validate the origination of this account.

**Investor information**

Wells Fargo Home Mortgage is the servicer of the loan for owner/assignee CMLTI 2006-NC2. A contact address for the owner/assignee is:

> U.S. Bank, N.A.
> 60 Livingston Avenue
> St. Paul, MN 55107-2292

**Additional information**

We've reviewed your request for information about the activity on this account. We've enclosed the following items:

- Mortgage and Assignments, if applicable
- Promissory Note and any applicable riders
- Account history
- Loan Information Report
- Conversations With Us
- Customer Correspondence
- The recently received correspondence that initiated the request

We're unable to provide any further information because your remaining requests are too broad. If we are provided with more specific details about what information is being sought, we'll review your request again.

**Going forward**

Thank you for your patience while we researched your inquiry. If you have any questions, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621622. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Kevin Hurley
Executive Resolution Specialist
Customer Care and Recovery Group

Enclosure(s)

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

EX003/YHG/co2075999/ge6786956/cl708
EX003/YHG/co2079696/ge6799651/cl708

# Transaction History

# Customer Account Activity Statement

Loan Number: ███████8356
Primary Borrower: TROY R LEBEAU
Created: 3/23/2017

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this information is being sent to you at your request and for informational purposes only in compliance with federal mortgage servicing laws enacted by the Consumer Financial Protection Bureau. If you are presently seeking relief (or have previously been granted relief) under Chapter 12 or Chapter 13 of the United States Bankruptcy Code, then this Financial Transaction History reflects transactions that have occurred on your account according to the terms of your loan documents and not your confirmed Chapter 12 or Chapter 13 plan. If you would like to receive a payment history on your account that reflects transactions according to the terms of your confirmed plan, then please contact us at P.O. Box 10335, Des Moines, IA 50306.

| Effective Date | Date Posted | Due Date | Amount Received | Amount Unapplied | Unapplied Balance | Amount Applied to Interest | Amount Applied to Optional Products | Amount Applied to Escrow | Escrow Disbursed | Escrow Balance | Amount Applied to Reimbursable Expenses | Amount still Applied to Reimbursable Expenses Advance | Outstanding Reimbursable Expenses Balance | Amount Applied to Fees | Fees Assessed (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03/28/2014 | 03/01/2014 | | | | | | | ($946.84) | ($38,537.94) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 07/19/2014 | 07/01/2014 | | | | | | | ($2,721.00) | ($41,258.94) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | HAZARD INSURANCE DISBURSEMENT |
| | 07/29/2014 | 07/01/2014 | | | | | | | ($956.41) | ($42,215.35) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 09/29/2014 | 09/01/2014 | | | | | | | ($956.39) | ($43,171.74) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 12/19/2014 | 12/01/2014 | | | | | | | ($956.39) | ($44,128.13) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 03/26/2015 | 03/01/2015 | | | | | | | ($956.39) | ($45,084.52) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 07/29/2015 | 07/01/2015 | | | | | | | ($995.58) | ($46,080.10) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 07/30/2015 | 07/01/2015 | | | | | | | ($2,721.00) | ($48,801.10) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | HAZARD INSURANCE DISBURSEMENT |
| | 09/11/2015 | 09/01/2015 | | | | | | | ($995.55) | ($49,796.65) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 12/21/2015 | 12/01/2015 | | | | | | | ($995.55) | ($50,792.20) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 03/14/2016 | 03/01/2016 | | | | | | | ($995.55) | ($51,787.75) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 07/19/2016 | 07/01/2016 | | | | | | | ($2,721.00) | ($54,503.75) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | HAZARD INSURANCE DISBURSEMENT |
| | 07/22/2016 | 07/01/2016 | | | | | | | ($963.78) | ($55,472.53) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 09/26/2016 | 09/01/2016 | | | | | | | ($963.78) | ($56,436.31) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| | 11/01/2016 | 11/01/2016 | $1,946.00 | | | | | $1,946.00 | | ($54,490.31) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | HAZARD INSURANCE REFUND |

Customer Account Activity Statement
Loan Number: ████████366
Primary Borrower: TROY R LEBEAU
Created: 3/23/2017

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this information is being sent to you at your request and for informational purposes only in compliance with federal mortgage servicing laws enacted by the Consumer Financial Protection Bureau. If you are presently seeking relief (or have previously been granted relief) under Chapter 12 or Chapter 13 of the United States Bankruptcy Code, then this Financial Transaction History reflects transactions that have occurred on your account according to the terms of your loan documents and not your confirmed Chapter 12 or Chapter 13 plan. If you would like to receive a payment history on your account that reflects transactions according to the terms of your confirmed plan, then please contact us at P.O. Box 10335, Des Moines, IA 50306.

| Receive Date | Date Posted | Due Date | Amount Received | Amount Unapplied | Unapplied Balance | Amount Applied to Interest | Amount Applied to Optional Products | Amount Applied to Escrow | Escrow Disbursed | Escrow Balance | Amount Applied to Recoverable Expenses | Recoverable Expenses Applied | Outstanding Recoverable Balance | Amount Applied to Fees | Fees Assessed | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2016 | 11/01/2008 | | $835.00 | | | | | $835.00 | | ($53,855.31) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | FUNDS RECEIVED |
| 12/07/2016 | 12/01/2016 | | | | | | | | ($963.78) | ($54,819.09) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |
| 01/06/2017 | 10/01/2016 | | | | | | | | ($2,721.00) | ($57,540.09) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | HAZARD INSURANCE DISBURSEMENT |
| 03/14/2017 | 03/01/2017 | | | | | | | | ($963.78) | ($58,303.87) | | | $9,548.07 | | | $2,491.16 | | | $296,668.67 | CITY TAX DISBURSEMENT |

Page 2 of 2