# EXHIBIT D



Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

June 27, 2017

John B. Ennis
Attorney At Law
1200 Reservoir Avenue
Cranston, RI 02920

Subject: Resolution to your inquiry about account number ████8356

Dear John B. Ennis:

Addressing our customer's concerns is important to us and I thank you for the opportunity to assist you. I'm responding on behalf of Wells Fargo Home Mortgage to the inquiry received in our office on June 16, 2017. We wanted to speak with you directly but were unable to connect with you at the phone numbers provided to us.

### Request for loan information and/or documentation

In your inquiry, you expressed concern that we did not respond to a request for information about this account that we received on March 23, 2017. On March 28, 2017, we provided a response to requests for information that we received on March 20, 2017, and March 23, 2017.

Based on our research of this matter, we've determined that your inquiry about this account was handled appropriately. We're unable to provide any further information because your remaining requests are too broad. If we are provided with more specific details about what information is being sought, we'll review your request again.

### Concern about transaction history requested in previous response

While researching your concern about your previous request for a transaction history, we found an error occurred and wanted to provide you with more details:

- **Here's what happened:** Your inquiry received in March 2017 requested a transaction history for the life of the loan. However our response that we sent to you on March 28, 2017, included a transaction history only providing information from March 26, 2014, to March 14, 2017, in error.

- **What we've done to resolve the issue:** We have enclosed a transaction history that provides information from when the loan was setup in November 2006 to current with this letter being sent to you today.

We apologize for the inconvenience this error may have caused. We know your time is valuable and appreciate the effort you took to contact us.

**Going forward**

We value your feedback and appreciate the time and effort you took to contact us. If you have any questions, or if you would like to request additional documents that support our research, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621622. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Kevin Hurley
Executive Resolution Specialist
Customer Care and Recovery Group

Enclosure(s)

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

EX003/YHG/co2156261/ge7053534/cl708

**WELLS FARGO HOME MORTGAGE**

# Customer Account Activity Statement
Loan # ____3356
LEBEAU

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | $299,778.97 | $0.00 | $0.00 | $0.00 | $0.00 | Beginning Totals/Balances |
| 11/17/06 | 11/16/06 | Nov-06 | $1,892.69 | $111.50 | $1,781.19 | | | | | | $299,667.47 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Received |
| 12/20/06 | 12/20/06 | Dec-06 | $1,892.69 | $112.17 | $1,780.52 | | | | | | $299,555.30 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Received |
| 01/04/07 | | | | | | -$60.54 | | | | | $299,555.30 | -$60.54 | $0.00 | $0.00 | $0.00 | Miscellaneous Escrow Disbursement |
| 01/04/07 | | | | | | -$1,116.73 | | | | | $299,555.30 | -$1,177.27 | $0.00 | $0.00 | $0.00 | City Tax Disbursement |
| 01/05/07 | | | | | | -$1,116.73 | | | | | $299,555.30 | -$2,294.00 | $0.00 | $0.00 | $0.00 | City Tax Disbursement |
| 01/17/07 | 01/16/07 | Jan-07 | $1,892.71 | $112.83 | $1,779.86 | $0.02 | | | | | $299,442.47 | -$2,293.98 | $0.00 | $0.00 | $0.00 | Funds Received |
| 02/15/07 | 02/15/07 | Feb-07 | $1,892.69 | $113.50 | $1,779.19 | | | | | | $299,328.97 | -$2,293.98 | $0.00 | $0.00 | $0.00 | Funds Received |
| 03/16/07 | 03/15/07 | Mar-07 | $1,892.71 | $114.18 | $1,778.51 | $0.02 | | | | | $299,214.79 | -$2,293.96 | $0.00 | $0.00 | $0.00 | Funds Received |
| 04/16/07 | | | | | | -$1,116.73 | | | | | $299,214.79 | -$3,410.69 | $0.00 | $0.00 | $0.00 | City Tax Disbursement |
| 04/16/07 | | | | | | | | | -$94.63 | | $299,214.79 | -$3,410.69 | $0.00 | $94.63 | $0.00 | Late Charge Assessed |
| 05/01/07 | 04/16/07 | Apr-07 | $2,794.76 | $114.86 | $1,777.83 | $902.07 | | | | | $299,099.93 | -$2,508.62 | $0.00 | $94.63 | $0.00 | Funds Received |
| 05/16/07 | | | | | | | | | $94.63 | | $299,099.93 | -$2,508.62 | $0.00 | $0.00 | $0.00 | Late Charge Waived |
| 05/16/07 | 05/16/07 | May-07 | $2,794.76 | | | | | $2,794.76 | | | $299,099.93 | -$2,508.62 | $2,794.76 | $0.00 | $0.00 | Funds Received |
| 05/17/07 | 05/16/07 | May-07 | | $115.54 | $1,777.15 | $581.80 | | -$2,474.49 | | | $298,984.39 | -$1,926.82 | $320.27 | $0.00 | $0.00 | Unapplied Funds Used to Make Payment |
| 05/17/07 | 05/16/07 | Jun-07 | | $320.27 | | | | -$320.27 | | | $298,664.12 | -$1,926.82 | $0.00 | $0.00 | $0.00 | Principal Reduction |
| 06/18/07 | | | | | | | | | -$94.63 | | $298,664.12 | -$1,926.82 | $0.00 | $94.63 | $0.00 | Late Charge Assessed |
| 07/05/07 | 07/05/07 | Jun-07 | $2,569.12 | $118.13 | $1,774.56 | $581.80 | | | $94.63 | | $298,545.99 | -$1,345.02 | $0.00 | $0.00 | $0.00 | Funds Received |
| 07/13/07 | | | | | | -$829.80 | | | | | $298,545.99 | -$2,174.82 | $0.00 | $0.00 | $0.00 | Hazard Insurance Disbursement |
| 07/16/07 | 07/16/07 | Jul-07 | $2,474.49 | $118.83 | $1,773.86 | $581.80 | | | | | $298,427.16 | -$1,593.02 | $0.00 | $0.00 | $0.00 | Funds Received |
| 07/23/07 | | | | | | -$1,064.63 | | | | | $298,427.16 | -$2,657.65 | $0.00 | $0.00 | $0.00 | City Tax Disbursement |
| 08/16/07 | | | | | | | | | -$94.63 | | $298,427.16 | -$2,657.65 | $0.00 | $94.63 | $0.00 | Late Charge Assessed |
| 09/04/07 | 08/31/07 | Aug-07 | $2,474.49 | $119.54 | $1,773.15 | $581.80 | | | | | $298,307.62 | -$2,075.85 | $0.00 | $94.63 | $0.00 | Funds Received |
| 08/17/07 | | | | | | | | | -$94.63 | | $298,307.62 | -$2,075.85 | $0.00 | $189.26 | $0.00 | Late Charge Assessed |
| 10/16/07 | 10/16/07 | Sep-07 | $2,569.12 | $120.25 | $1,772.44 | $581.80 | | $94.63 | | | $298,187.37 | -$1,494.05 | $94.63 | $189.26 | $0.00 | Funds Received |
| 10/16/07 | | | | | | | | | -$94.63 | | $298,187.37 | -$1,494.05 | $94.63 | $283.89 | $0.00 | Late Charge Assessed |
| 10/17/07 | | | | | | | | -$94.63 | $94.63 | | $298,187.37 | -$1,494.05 | $0.00 | $189.26 | $0.00 | Unapplied Funds Used to Make Payment on Late Fees |
| 10/18/07 | | | | | | -$1,064.00 | | | | | $298,187.37 | -$2,558.05 | $0.00 | $189.26 | $0.00 | City Tax Disbursement |
| 11/16/07 | | | | | | | | | -$94.63 | | $298,187.37 | -$2,558.05 | $0.00 | $283.89 | $0.00 | Late Charge Assessed |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**WELLS FARGO HOME MORTGAGE**

## Customer Account Activity Statement
Loan # [####]3356
LEBEAU

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/07 | 11/21/07 | Oct-07 | $2,474.49 | $120.96 | $1,771.73 | $581.80 | | | | | $298,066.41 | -$1,976.85 | $0.00 | $283.89 | $0.00 | Funds Received |
| 12/17/07 | | | | | | | | | -$94.63 | | $298,066.41 | -$1,976.85 | $0.00 | $378.52 | $0.00 | Late Charge Assessed |
| 12/17/07 | | | | | | | | | -$15.00 | | $298,066.41 | -$1,976.85 | $0.00 | $393.52 | $0.00 | Inspection Fee |
| 12/28/07 | | | | | | | | | | | $298,066.41 | -$1,976.85 | $0.00 | $393.52 | $0.00 | Funds Received |
| 01/07/08 | 01/07/08 | Nov-07 | $2,474.49 | $121.68 | $1,771.01 | $581.80 | | | | | $297,944.73 | -$1,395.05 | $0.00 | $393.52 | $0.00 | Funds Received |
| 01/16/08 | | | | | | | | | -$94.63 | | $297,944.73 | -$1,395.05 | $0.00 | $488.15 | $0.00 | Late Charge Assessed |
| 01/28/08 | 01/28/08 | Dec-07 | $4,948.98 | $122.40 | $1,770.29 | $581.80 | | | | | $297,822.33 | -$813.25 | $0.00 | $488.15 | $0.00 | Funds Received |
| 01/28/08 | 01/28/08 | Jan-08 | | $123.13 | $1,769.56 | $581.80 | | | | | $297,699.20 | -$231.45 | $0.00 | $488.15 | $0.00 | Funds Received |
| 01/29/08 | | | | | | -$1,064.60 | | | | | $297,699.20 | -$1,296.05 | $0.00 | $488.15 | $0.00 | City Tax Disbursement |
| 02/15/08 | | | | | | | | | -$94.63 | | $297,699.20 | -$1,296.05 | $0.00 | $582.78 | $0.00 | Late Charge Assessed |
| 03/10/08 | | | | | | -$1,118.00 | | | | | $297,699.20 | -$2,414.05 | $0.00 | $582.78 | $0.00 | Hazard Insurance Disbursement |
| 03/14/08 | | | | | | -$67.00 | | | | | $297,699.20 | -$2,481.05 | $0.00 | $582.78 | $0.00 | Hazard Insurance Disbursement |
| 03/17/08 | | | | | | | | | -$94.63 | | $297,699.20 | -$2,481.05 | $0.00 | $677.41 | $0.00 | Late Charge Assessed |
| 03/21/08 | | | | | | | | | -$15.00 | | $297,699.20 | -$2,481.05 | $0.00 | $692.41 | $0.00 | Inspection Fee |
| 03/24/08 | 03/22/08 | Feb-08 | $2,568.49 | $123.86 | $1,768.83 | $581.80 | | | $94.00 | | $297,576.34 | -$1,899.25 | $0.00 | $598.41 | $0.00 | Funds Received |
| 04/02/08 | | | | | | -$1,054.60 | | | | | $297,576.34 | -$2,953.85 | $0.00 | $598.41 | $0.00 | City Tax Disbursement |
| 04/14/08 | 04/14/08 | Mar-08 | $2,474.49 | $124.60 | $1,768.09 | $581.80 | | | | | $297,450.74 | -$2,382.05 | $0.00 | $598.41 | $0.00 | Funds Received |
| 04/16/08 | | | | | | | | | -$94.63 | | $297,450.74 | -$2,382.05 | $0.00 | $693.04 | $0.00 | Late Charge Assessed |
| 05/16/08 | | | | | | | | | -$94.63 | | $297,450.74 | -$2,382.05 | $0.00 | $787.67 | $0.00 | Late Charge Assessed |
| 05/20/08 | | | | | | | | | -$15.00 | | $297,450.74 | -$2,382.05 | $0.00 | $802.67 | $0.00 | Inspection Fee |
| 06/30/08 | 06/30/08 | Apr-08 | $2,474.49 | $125.34 | $1,767.35 | $581.80 | | | | | $297,325.40 | -$1,800.25 | $0.00 | $802.67 | $0.00 | Funds Received |
| 07/02/08 | | | | | | -$3,360.00 | | | | | $297,325.40 | -$5,160.25 | $0.00 | $802.67 | $0.00 | Hazard Insurance Disbursement |
| 07/22/08 | | | | | | -$1,159.17 | | | | | $297,325.40 | -$6,319.42 | $0.00 | $802.67 | $0.00 | City Tax Disbursement |
| 08/01/08 | 08/01/08 | May-08 | $2,543.12 | $126.08 | $1,766.61 | $581.80 | | $68.63 | | | $297,199.32 | -$5,737.62 | $68.63 | $802.67 | $0.00 | Funds Received |
| 09/02/08 | 09/02/08 | Jun-08 | $2,543.12 | | | | | $2,543.12 | | | $297,199.32 | -$5,737.62 | $2,611.75 | $802.67 | $0.00 | Funds Received |
| 09/03/08 | 09/03/08 | Jun-08 | | $126.83 | $1,765.86 | $581.80 | | -$2,474.49 | | | $297,072.49 | -$5,155.82 | $137.26 | $802.67 | $0.00 | Unapplied Funds Used to Make Payment |
| 10/02/08 | 10/01/08 | Jul-08 | $2,543.12 | $127.58 | $1,765.11 | $650.43 | | | | | $296,944.91 | -$4,505.39 | $137.26 | $802.67 | $0.00 | Funds Received |
| 10/15/08 | | | | | | -$1,159.16 | | | | | $296,944.91 | -$5,664.55 | $137.26 | $802.67 | $0.00 | City Tax Disbursement |
| 11/11/08 | | | | | | | | | | -$125.00 | $296,944.91 | -$5,664.55 | $137.26 | $802.67 | $125.00 | Statutory Expense Disbursement |
| 12/08/08 | | | | | | | | -$137.26 | $137.28 | | $296,944.91 | -$5,664.55 | $0.00 | $665.41 | $125.00 | Unapplied Funds used to Make Payment on Late Fees |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**WELLS FARGO HOME MORTGAGE**

Customer Account Activity Statement
Loan # ####3356
LEBEAU

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/08 | | | | | | | | $137.26 | -$137.26 | | $296,944.91 | -$5,664.55 | $137.26 | $802.67 | $125.00 | Payment Reversal |
| 12/16/08 | | | | | | | | | | -$15.00 | $296,944.91 | -$5,664.55 | $137.26 | $817.67 | $125.00 | Inspection Fee |
| 12/16/08 | | | | | | | | | -$116.54 | | $296,944.91 | -$5,664.55 | $137.26 | $934.21 | $125.00 | Late Charge Assessed |
| 12/30/08 | | | | | | | | | | -$95.00 | $296,944.91 | -$5,664.55 | $137.26 | $934.21 | $220.00 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 12/30/08 | | | | | | | | -$137.26 | $137.26 | | $296,944.91 | -$5,664.55 | $0.00 | $796.95 | $220.00 | Unapplied Funds used to Make Payment on Late Fees |
| 12/31/08 | | | | | | | | $137.26 | -$137.26 | | $296,944.91 | -$5,664.55 | $137.26 | $934.21 | $220.00 | Payment Reversal |
| 01/13/09 | | | | | | -$1,159.16 | | | | | $296,944.91 | -$6,823.71 | $137.26 | $934.21 | $220.00 | City Tax Disbursement |
| 01/16/09 | | | | | | | | | -$116.54 | | $296,944.91 | -$6,823.71 | $137.26 | $1,050.75 | $220.00 | Late Charge Assessed |
| 01/22/09 | | | | | | | | | | -$15.00 | $296,944.91 | -$6,823.71 | $137.26 | $1,050.75 | $235.00 | Property Preservation/Maintenance |
| 01/22/09 | | | | | | | | | | -$1.25 | $296,944.91 | -$6,823.71 | $137.26 | $1,050.75 | $236.25 | Property Preservation/Maintenance |
| 02/13/09 | | | | | | -$1,195.00 | | | | | $296,944.91 | -$8,018.71 | $137.26 | $1,050.75 | $236.25 | Hazard Insurance Disbursement |
| 02/17/09 | | | | | | | | | -$116.54 | | $296,944.91 | -$8,018.71 | $137.26 | $1,167.29 | $236.25 | Late Charge Assessed |
| 02/18/09 | | Aug-08 | $276.00 | | | $276.00 | | | | | $296,944.91 | -$7,742.71 | $137.26 | $1,167.29 | $236.25 | Funds Received |
| 02/23/09 | | | | | | | | | | -$15.00 | $296,944.91 | -$7,742.71 | $137.26 | $1,167.29 | $251.25 | Property Preservation/Maintenance |
| 02/23/09 | | | | | | | | | | -$1.25 | $296,944.91 | -$7,742.71 | $137.26 | $1,167.29 | $252.50 | Property Preservation/Maintenance |
| 03/16/09 | | | | | | | | | -$101.29 | | $296,944.91 | -$7,742.71 | $137.26 | $1,268.58 | $252.50 | Late Charge Assessed |
| 03/24/09 | | | | | | -$1,159.16 | | | | | $296,944.91 | -$8,901.87 | $137.26 | $1,268.58 | $252.50 | City Tax Disbursement |
| 04/16/09 | | | | | | | | | -$101.29 | | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $252.50 | Late Charge Assessed |
| 05/05/09 | | | | | | | | | | -$900.00 | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $1,152.50 | Attorney Advance Disbursement |
| 05/05/09 | | | | | | | | | | -$300.00 | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $1,452.50 | Statutory Expense Disbursement |
| 05/05/09 | | | | | | | | | | -$338.91 | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $1,791.41 | Statutory Expense Disbursement |
| 05/05/09 | | | | | | | | | | -$21.28 | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $1,812.69 | Statutory Expense Disbursement |
| 05/05/09 | | | | | | | | | -$101.29 | -$432.50 | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $2,245.19 | Statutory Expense Disbursement |
| 05/21/09 | | | $5,135.77 | | | | $5,135.77 | | | | $296,944.91 | -$8,901.87 | $137.26 | $1,369.87 | $2,245.19 | Deposit to Restricted Escrow |
| 05/21/09 | | | | | | | | -$137.26 | $137.26 | | $296,944.91 | -$8,901.87 | $0.00 | $1,232.61 | $2,245.19 | Unapplied Funds used to Make Payment on Late Fees |
| 05/28/09 | | | | | | | | | | -$95.00 | $296,944.91 | -$8,901.87 | $0.00 | $1,232.61 | $2,340.19 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 06/16/09 | | | | | | | | | -$101.29 | | $296,944.91 | -$8,901.87 | $0.00 | $1,333.90 | $2,340.19 | Late Charge Assessed |
| 06/24/09 | | | | | | | | | | -$540.00 | $296,944.91 | -$8,901.87 | $0.00 | $1,333.90 | $2,880.19 | Attorney Advance Disbursement |
| 06/24/09 | | | | | | | | | | -$15.00 | $296,944.91 | -$8,901.87 | $0.00 | $1,333.90 | $2,895.19 | Property Preservation/Maintenance |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

# WELLS FARGO HOME MORTGAGE
## Customer Account Activity Statement
### Loan # ████3356  LEBEAU

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/09 | | | | | | | | | | -$1.25 | $296,944.91 | -$9,901.87 | $0.00 | $1,333.90 | $2,896.44 | Property Preservation/Maintenance |
| 06/24/09 | | | | | | | | | | -$0.02 | $296,944.91 | -$9,901.87 | $0.00 | $1,333.90 | $2,896.46 | Statutory Expense Disbursement |
| 06/24/09 | | | | | | | | | | -$11.08 | $296,944.91 | -$9,901.87 | $0.00 | $1,333.90 | $2,907.54 | Statutory Expense Disbursement |
| 07/14/09 | | | | | | | | | | -$160.00 | $296,944.91 | -$9,901.87 | $0.00 | $1,333.90 | $3,067.54 | Statutory Expense Disbursement |
| 07/14/09 | | | | | | | | | | -$650.00 | $296,944.91 | -$9,901.87 | $0.00 | $1,333.90 | $3,707.54 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 07/16/09 | | | | | | | | | -$101.29 | | $296,944.91 | -$9,901.87 | $0.00 | $1,435.19 | $3,707.54 | Late Charge Assessed |
| 07/22/09 | | | | | | -$1,202.07 | | | | | $296,944.91 | -$10,103.94 | $0.00 | $1,435.19 | $3,707.54 | City Tax Disbursement |
| 07/03/09 | | | | | | | | | -$15.00 | | $296,944.91 | -$10,103.94 | $0.00 | $1,450.19 | $3,707.54 | Inspection Fee |
| 08/17/09 | | | | | | | | | -$101.29 | | $296,944.91 | -$10,103.94 | $0.00 | $1,551.48 | $3,707.54 | Late Charge Assessed |
| 08/31/09 | | | | | | | | | -$15.00 | | $296,944.91 | -$10,103.94 | $0.00 | $1,566.48 | $3,707.54 | Inspection Fee |
| 08/31/09 | | | | | | | | | | -$640.00 | $296,944.91 | -$10,103.94 | $0.00 | $1,566.48 | $4,247.54 | Attorney Advance Disbursement |
| 08/31/09 | | | | | | | | | | -$300.00 | $296,944.91 | -$10,103.94 | $0.00 | $1,566.48 | $4,547.54 | Statutory Expense Disbursement |
| 08/31/09 | | | | | | | | | | -$5.54 | $296,944.91 | -$10,103.94 | $0.00 | $1,560.48 | $4,553.08 | Statutory Expense Disbursement |
| 09/16/09 | | | | | | | | | -$94.66 | | $296,944.91 | -$10,103.94 | $0.00 | $1,661.14 | $4,553.08 | Late Charge Assessed |
| 09/21/09 | 09/21/09 | Aug-08 | $1,853.54 | | | | | $1,853.54 | | | $296,944.91 | -$10,103.94 | $1,853.54 | $1,661.14 | $4,553.08 | Funds Received |
| 09/28/09 | | | | | | | | | -$15.00 | | $296,944.91 | -$10,103.94 | $1,853.54 | $1,676.14 | $4,553.08 | Inspection Fee |
| 10/01/09 | | | | | | -$1,202.06 | | | | | $296,944.91 | -$11,306.00 | $1,853.54 | $1,676.14 | $4,553.08 | City Tax Disbursement |
| 11/16/09 | | | | | | | | | -$94.66 | | $296,944.91 | -$11,306.00 | $1,853.54 | $1,770.80 | $4,553.08 | Late Charge Assessed |
| 11/23/09 | 11/21/09 | Aug-08 | $1,853.54 | | | | | $1,853.54 | | | $296,944.91 | -$11,306.00 | $3,707.08 | $1,770.80 | $4,553.08 | Funds Received |
| 11/24/09 | 11/21/09 | | | $129.34 | $1,764.35 | $650.43 | | -$2,643.12 | | | $296,815.57 | -$10,655.57 | $1,163.96 | $1,770.80 | $4,553.08 | Unapplied Funds Used to Make Payment |
| 12/16/09 | | | | | | | | | -$94.66 | | $296,815.57 | -$10,655.57 | $1,163.96 | $1,865.46 | $4,553.08 | Late Charge Assessed |
| 12/21/09 | 12/21/09 | Sep-08 | $1,853.54 | | | | | $1,853.54 | | | $296,815.57 | -$10,655.57 | $3,017.50 | $1,865.46 | $4,553.08 | Funds Received |
| 12/21/09 | | | | | | -$1,202.06 | | | | | $296,815.57 | -$11,857.63 | $3,017.50 | $1,865.46 | $4,553.08 | City Tax Disbursement |
| 12/22/09 | | | | | | | -$5,135.77 | | | | $296,815.57 | -$11,857.63 | $3,017.50 | $1,865.46 | $4,553.08 | Restricted Escrow Disbursement |
| 01/19/10 | | | | | | | | | -$94.66 | | $296,815.57 | -$11,857.63 | $3,017.50 | $1,960.12 | $4,553.08 | Late Charge Assessed |
| 02/01/10 | | | | | | | | | -$15.00 | | $296,815.57 | -$11,857.63 | $3,017.50 | $1,975.12 | $4,553.08 | Inspection Fee |
| 02/16/10 | | | | | | -$1,246.00 | | | | | $296,815.57 | -$13,103.63 | $3,017.50 | $1,975.12 | $4,553.08 | Hazard Insurance Disbursement |
| 02/16/10 | | | | | | | | | -$94.66 | | $296,815.57 | -$13,103.63 | $3,017.50 | $2,069.78 | $4,553.08 | Late Charge Assessed |
| 02/23/10 | 02/23/10 | Sep-08 | $1,853.54 | | | | | $1,853.54 | | | $296,815.57 | -$13,103.63 | $4,871.04 | $2,069.78 | $4,553.08 | Funds Received |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**WELLS FARGO HOME MORTGAGE**

Customer Account Activity Statement
Loan # [REDACTED]3356
LEBEAU

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/10 | | | | | | | | | -$15.00 | | $296,816.57 | -$13,103.63 | $4,871.04 | $2,094.78 | $4,553.08 | Inspection Fee |
| 03/16/10 | | | | | | | | | -$94.66 | | $296,816.57 | -$13,103.63 | $4,871.04 | $2,179.44 | $4,553.08 | Late Charge Assessed |
| 03/19/10 | | | | | | -$1,202.06 | | | | | $296,816.57 | -$14,305.69 | $4,871.04 | $2,179.44 | $4,553.08 | City Tax Disbursement |
| 03/23/10 | | | $1,853.54 | | | | | $1,853.54 | | | $296,816.57 | -$14,305.69 | $6,724.58 | $2,179.44 | $4,553.08 | Funds Received |
| 03/24/10 | 03/23/10 | Sep-08 | | $73.67 | $2,257.04 | $550.43 | | -$5,062.28 | | | $296,742.90 | -$13,655.26 | $762.30 | $2,179.44 | $4,553.08 | Unapplied Funds Used to Make Payment |
| 03/24/10 | 03/23/10 | Oct-08 | | $74.23 | $2,256.48 | $550.43 | | | | | $296,668.67 | -$13,004.83 | $762.30 | $2,179.44 | $4,553.08 | Unapplied Funds Used to Make Payment |
| 03/29/10 | | | | | | | | | -$15.00 | | $296,668.67 | -$13,004.83 | $762.30 | $2,194.44 | $4,553.08 | Inspection Fee |
| 04/16/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$13,004.83 | $762.30 | $2,289.10 | $4,553.08 | Late Charge Assessed |
| 04/27/10 | 04/27/10 | Nov-08 | $1,853.54 | | | | | $853.55 | $999.99 | | $296,668.67 | -$13,004.83 | $1,615.85 | $1,289.11 | $4,553.08 | Funds Received |
| 04/28/10 | | | | | | | | | -$15.00 | | $296,668.67 | -$13,004.83 | $1,615.85 | $1,304.11 | $4,553.08 | Inspection Fee |
| 05/14/10 | 05/14/10 | Nov-08 | $908.71 | | | | | $908.71 | | | $296,668.67 | -$13,004.83 | $2,524.56 | $1,304.11 | $4,553.08 | Funds Received |
| 05/26/10 | | | | | | | | | -$15.00 | | $296,668.67 | -$13,004.83 | $2,524.56 | $1,319.11 | $4,553.08 | Inspection Fee |
| 06/29/10 | | | | | | | | | -$15.00 | | $296,668.67 | -$13,004.83 | $2,524.56 | $1,334.11 | $4,553.08 | Inspection Fee |
| 07/15/10 | | | | | | | | -$999.99 | $999.99 | | $296,668.67 | -$13,004.83 | $1,524.57 | $334.12 | $4,553.08 | Unapplied Funds Used to Make Payment on Late Fees |
| 07/15/10 | | | | | | | | -$139.12 | $139.12 | | $296,668.67 | -$13,004.83 | $1,385.45 | $195.00 | $4,553.08 | Unapplied Funds used to Make Payment on Late Fees |
| 07/15/10 | | | | | | | | -$195.00 | $195.00 | | $296,668.67 | -$13,004.83 | $1,190.45 | $0.00 | $4,553.08 | Unapplied Funds Used to Make Payment on Late Fees |
| 07/15/10 | | | | | | | | -$999.99 | | $999.99 | $296,668.67 | -$13,004.83 | $190.46 | $0.00 | $3,553.09 | Corporate Advance Adjustment |
| 07/15/10 | | | | | | | | -$190.46 | | $190.46 | $296,668.67 | -$13,004.83 | $0.00 | $0.00 | $3,362.63 | Corporate Advance Adjustment |
| 07/15/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$13,004.83 | $0.00 | $94.66 | $3,362.63 | Late Charge Assessed |
| 07/26/10 | | | | | | | | | -$15.00 | | $296,668.67 | -$13,004.83 | $0.00 | $109.66 | $3,362.63 | Inspection Fee |
| 07/26/10 | | | | | | -$932.62 | | | | | $296,668.67 | -$13,937.45 | $0.00 | $109.66 | $3,362.63 | City Tax Disbursement |
| 07/29/10 | | | | | | | | | | -$85.00 | $296,668.67 | -$13,937.45 | $0.00 | $109.66 | $3,447.63 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 08/16/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$13,937.45 | $0.00 | $204.32 | $3,447.63 | Late Charge Assessed |
| 08/25/10 | | | | | | | | | -$15.00 | | $296,668.67 | -$13,937.45 | $0.00 | $219.32 | $3,447.63 | Inspection Fee |
| 09/16/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$13,937.45 | $0.00 | $313.98 | $3,447.63 | Late Charge Assessed |
| 09/27/10 | | | | | | | | | | -$15.00 | $296,668.67 | -$13,937.45 | $0.00 | $313.98 | $3,462.63 | Property Preservation/Maintenance |
| 10/06/10 | | | | | | -$932.60 | | | | | $296,668.67 | -$14,870.05 | $0.00 | $313.98 | $3,462.63 | City Tax Disbursement |
| 10/18/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$14,870.05 | $0.00 | $408.64 | $3,462.63 | Late Charge Assessed |
| 11/16/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$14,870.05 | $0.00 | $503.30 | $3,462.63 | Late Charge Assessed |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

# Wells Fargo Home Mortgage
## Customer Account Activity Statement
Loan # XXXX8356 LEBEAU

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/10 | | | | | | | | | | -$20.00 | $296,668.67 | -$14,870.05 | $0.00 | $503.30 | $3,482.63 | Property Preservation/Maintenance |
| 12/16/10 | | | | | | | | | -$94.66 | | $296,668.67 | -$14,870.05 | $0.00 | $597.96 | $3,482.63 | Late Charge Assessed |
| 12/20/10 | | | | | | -$932.60 | | | | | $296,668.67 | -$15,802.65 | $0.00 | $597.96 | $3,482.63 | City Tax Disbursement |
| 12/27/10 | | | | | | | | | | -$20.00 | $296,668.67 | -$15,802.65 | $0.00 | $597.96 | $3,502.63 | Property Preservation/Maintenance |
| 01/18/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$15,802.65 | $0.00 | $692.62 | $3,502.63 | Late Charge Assessed |
| 01/26/11 | | | | | | | | | | -$20.00 | $296,688.67 | -$15,802.65 | $0.00 | $692.62 | $3,522.63 | Property Preservation/Maintenance |
| 01/28/11 | | | | | | | | | | -$85.00 | $296,658.67 | -$15,802.65 | $0.00 | $692.62 | $3,607.63 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 02/14/11 | | | | | | -$1,297.00 | | | | | $296,688.67 | -$17,099.65 | $0.00 | $692.62 | $3,607.63 | Hazard Insurance Disbursement |
| 02/16/11 | | | | | | | | | -$94.66 | | $295,658.67 | -$17,099.65 | $0.00 | $787.28 | $3,607.63 | Late Charge Assessed |
| 03/01/11 | | | | | | | | | | -$20.00 | $296,688.67 | -$17,099.65 | $0.00 | $787.28 | $3,627.63 | Property Preservation/Maintenance |
| 02/16/11 | | | | | | | | | -$94.66 | | $296,658.67 | -$17,099.65 | $0.00 | $881.94 | $3,627.63 | Late Charge Assessed |
| 03/18/11 | | | | | | -$932.60 | | | | | $296,688.67 | -$18,032.25 | $0.00 | $881.94 | $3,627.63 | City Tax Disbursement |
| 03/31/11 | | | | | | | | | | -$20.00 | $296,668.67 | -$18,032.25 | $0.00 | $881.94 | $3,647.63 | Property Preservation/Maintenance |
| 04/18/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$18,032.25 | $0.00 | $976.60 | $3,647.63 | Late Charge Assessed |
| 04/21/11 | | | | | | | | | | -$270.00 | $296,668.67 | -$18,032.25 | $0.00 | $976.60 | $3,917.63 | Attorney Advance Disbursement |
| 04/21/11 | | | | | | | | | | -$406.86 | $296,668.67 | -$18,032.25 | $0.00 | $976.60 | $4,324.49 | Statutory Expense Disbursement |
| 04/21/11 | | | | | | | | | | -$200.00 | $296,668.67 | -$18,032.25 | $0.00 | $976.60 | $4,524.49 | Statutory Expense Disbursement |
| 04/29/11 | | | | | | | | | | -$20.00 | $296,668.67 | -$18,032.25 | $0.00 | $976.60 | $4,544.49 | Property Preservation/Maintenance |
| 05/16/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$18,032.25 | $0.00 | $1,071.26 | $4,544.49 | Late Charge Assessed |
| 06/01/11 | | | | | | | | | | -$20.00 | $296,668.67 | -$18,032.25 | $0.00 | $1,071.26 | $4,564.49 | Property Preservation/Maintenance |
| 06/16/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$18,032.25 | $0.00 | $1,165.92 | $4,564.49 | Late Charge Assessed |
| 06/21/11 | | | | | | | | | | -$596.08 | $296,668.67 | -$18,032.25 | $0.00 | $1,165.92 | $5,160.57 | Statutory Expense Disbursement |
| 06/21/11 | | | | | | | | | | -$25.00 | $296,668.67 | -$18,032.25 | $0.00 | $1,165.92 | $5,185.57 | Statutory Expense Disbursement |
| 07/01/11 | | | | | | | | | | -$20.00 | $296,668.67 | -$18,032.25 | $0.00 | $1,165.92 | $5,205.57 | Property Preservation/Maintenance |
| 07/18/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$18,032.25 | $0.00 | $1,260.58 | $5,205.57 | Late Charge Assessed |
| 07/19/11 | | | | | | -$932.62 | | | | | $296,668.67 | -$18,964.87 | $0.00 | $1,260.58 | $5,205.57 | City Tax Disbursement |
| 07/21/11 | | | | | | | | | | -$1,808.50 | $256,668.67 | -$18,964.87 | $0.00 | $1,260.58 | $7,014.07 | Statutory Expense Disbursement |
| 07/28/11 | | | | | | -$3,494.00 | | | | | $296,668.67 | -$22,458.87 | $0.00 | $1,260.58 | $7,014.07 | Hazard Insurance Disbursement |
| 08/03/11 | | | | | | | | | | -$285.00 | $296,668.67 | -$22,458.87 | $0.00 | $1,260.58 | $7,299.07 | Miscellaneous Foreclosure/Bankruptcy Expense |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**WELLS FARGO HOME MORTGAGE**

## Customer Account Activity Statement
Loan # [REDACTED]3356
LEBEAU

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$22,458.87 | $0.00 | $1,355.24 | $7,299.07 | Late Charge Assessed |
| 09/16/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$22,458.87 | $0.00 | $1,449.90 | $7,299.07 | Late Charge Assessed |
| 10/03/11 | | | | | | -$932.60 | | | | | $296,668.67 | -$23,391.47 | $0.00 | $1,449.90 | $7,299.07 | City Tax Disbursement |
| 10/17/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$23,391.47 | $0.00 | $1,544.56 | $7,299.07 | Late Charge Assessed |
| 11/16/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$23,391.47 | $0.00 | $1,639.22 | $7,299.07 | Late Charge Assessed |
| 11/28/11 | | | | | | | | | | -$630.00 | $296,668.67 | -$23,391.47 | $0.00 | $1,639.22 | $7,929.07 | Attorney Advance Disbursement |
| 11/28/11 | | | | | | | | | | -$714.00 | $296,668.67 | -$23,391.47 | $0.00 | $1,639.22 | $8,643.07 | Statutory Expense Disbursement |
| 11/28/11 | | | | | | | | | | -$235.00 | $296,668.67 | -$23,391.47 | $0.00 | $1,639.22 | $8,878.07 | Statutory Expense Disbursement |
| 11/28/11 | | | | | | | | | | -$100.00 | $296,668.67 | -$23,391.47 | $0.00 | $1,639.22 | $8,978.07 | Statutory Expense Disbursement |
| 12/16/11 | | | | | | | | | -$94.66 | | $296,668.67 | -$23,391.47 | $0.00 | $1,733.88 | $8,978.07 | Late Charge Assessed |
| 12/22/11 | | | | | | -$932.60 | | | | | $296,668.67 | -$24,324.07 | $0.00 | $1,733.88 | $8,978.07 | City Tax Disbursement |
| 01/17/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$24,324.07 | $0.00 | $1,828.54 | $8,978.07 | Late Charge Assessed |
| 01/24/12 | | | | | | | | | | -$285.00 | $296,668.67 | -$24,324.07 | $0.00 | $1,828.54 | $9,263.07 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 02/16/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$24,324.07 | $0.00 | $1,923.20 | $9,263.07 | Late Charge Assessed |
| 03/16/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$24,324.07 | $0.00 | $2,017.86 | $9,263.07 | Late Charge Assessed |
| 03/20/12 | | | | | | -$932.60 | | | | | $296,668.67 | -$25,256.67 | $0.00 | $2,017.86 | $9,263.07 | City Tax Disbursement |
| 04/16/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$25,256.67 | $0.00 | $2,112.52 | $9,263.07 | Late Charge Assessed |
| 05/16/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$25,256.67 | $0.00 | $2,207.18 | $9,263.07 | Late Charge Assessed |
| 06/18/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$25,256.67 | $0.00 | $2,301.84 | $9,263.07 | Late Charge Assessed |
| 06/19/12 | | | | | | | | | | -$285.00 | $296,668.67 | -$25,256.67 | $0.00 | $2,301.84 | $9,548.07 | Miscellaneous Foreclosure/Bankruptcy Expense |
| 07/16/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$25,256.67 | $0.00 | $2,396.50 | $9,548.07 | Late Charge Assessed |
| 07/23/12 | | | | | | -$3,058.00 | | | | | $296,668.67 | -$28,314.67 | $0.00 | $2,396.50 | $9,548.07 | Hazard Insurance Disbursement |
| 07/26/12 | | | | | | -$928.74 | | | | | $296,668.67 | -$29,243.41 | $0.00 | $2,396.50 | $9,548.07 | City Tax Disbursement |
| 08/16/12 | | | | | | | | | -$94.66 | | $296,668.67 | -$29,243.41 | $0.00 | $2,491.16 | $9,548.07 | Late Charge Assessed |
| 09/26/12 | | | | | | -$928.72 | | | | | $296,668.67 | -$30,172.13 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 12/28/12 | | | | | | -$928.72 | | | | | $296,668.67 | -$31,100.85 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 03/26/13 | | | | | | -$928.72 | | | | | $296,668.67 | -$32,029.57 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 07/16/13 | | | | | | -$2,721.00 | | | | | $296,668.67 | -$34,750.57 | $0.00 | $2,491.16 | $9,548.07 | Hazard Insurance Disbursement |
| 07/29/13 | | | | | | -$946.85 | | | | | $296,668.67 | -$35,697.42 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

# Customer Account Activity Statement
## Loan # ▓▓▓▓▓356  LEBEAU

WELLS FARGO HOME MORTGAGE

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Restricted Escrow | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/13 | | | | | | -$946.84 | | | | | $296,668.67 | -$36,644.26 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 12/30/13 | | | | | | -$946.84 | | | | | $296,668.67 | -$37,591.10 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 03/26/14 | | | | | | -$946.84 | | | | | $296,668.67 | -$38,537.94 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 07/18/14 | | | | | | -$2,721.00 | | | | | $296,668.67 | -$41,258.94 | $0.00 | $2,491.16 | $9,548.07 | |
| 07/28/14 | | | | | | -$956.41 | | | | | $296,668.67 | -$42,215.35 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 09/29/14 | | | | | | -$956.39 | | | | | $296,668.67 | -$43,171.74 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 12/19/14 | | | | | | -$956.39 | | | | | $296,668.67 | -$44,128.13 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 03/26/15 | | | | | | -$956.39 | | | | | $296,668.67 | -$45,084.52 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 07/29/15 | | | | | | -$995.58 | | | | | $296,668.67 | -$46,080.10 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 07/30/15 | | | | | | -$2,721.00 | | | | | $296,668.67 | -$48,801.10 | $0.00 | $2,491.16 | $9,548.07 | Hazard Insurance Disbursement |
| 09/11/15 | | | | | | -$995.55 | | | | | $296,668.67 | -$49,796.65 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 12/21/15 | | | | | | -$995.55 | | | | | $296,668.67 | -$50,792.20 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 03/14/16 | | | | | | -$995.55 | | | | | $296,668.67 | -$51,787.75 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 07/19/16 | | | | | | -$2,721.00 | | | | | $296,668.67 | -$54,508.75 | $0.00 | $2,491.16 | $9,548.07 | Hazard Insurance Disbursement |
| 07/22/16 | | | | | | -$963.78 | | | | | $296,668.67 | -$55,472.53 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 09/26/16 | | | | | | -$963.78 | | | | | $296,668.67 | -$56,436.31 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 11/01/16 | | | $1,946.00 | | | $1,946.00 | | | | | $296,668.67 | -$54,490.31 | $0.00 | $2,491.16 | $9,548.07 | Hazard Insurance Refund |
| 11/28/16 | | | $836.00 | | | $836.00 | | | | | $296,668.67 | -$53,655.31 | $0.00 | $2,491.16 | $9,548.07 | Corporate Advance Adjustment |
| 11/28/16 | | | $835.00 | | | | | | | | $296,668.67 | -$53,655.31 | $0.00 | $2,491.16 | $9,548.07 | Corporate Advance Adjustment |
| 12/07/16 | | | | | | -$963.78 | | | | | $296,668.67 | -$54,619.09 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 01/08/17 | | | | | | -$2,721.00 | | | | | $296,668.67 | -$57,340.09 | $0.00 | $2,491.16 | $9,548.07 | Hazard Insurance Disbursement |
| 03/14/17 | | | | | | -$963.78 | | | | | $296,668.67 | -$58,303.87 | $0.00 | $2,491.16 | $9,548.07 | City Tax Disbursement |
| 04/17/17 | | | | | | | | | -$96.98 | | $296,668.67 | -$58,303.87 | $0.00 | $2,588.14 | $9,548.07 | Late Charge Assessed |
| 04/18/17 | | | | | | | | | $96.98 | | $296,668.67 | -$58,303.87 | $0.00 | $2,491.16 | $9,548.07 | Late Charge Assessed |

This manually prepared Customer Account Activity Statement is prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.